[No. 9477–7–I. Division One. March 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THEODORE RINALDO, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00405–1, John E. Rutter, Jr., J., entered October 22, 1980. *Dismissed* by unpublished opinion per Corbett, J., concurred in by James and Callow, JJ.

[No. 9483–1–I. Division One. March 1, 1982.]

*In the Matter of the Welfare of* JEREMY BRUNELLE.

Appeal from a judgment of the Superior Court for King County, No. W–320, Peter K. Steere, J., entered August 19, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by James and Callow, JJ.

[No. 9336–3–I. Division One. March 1, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. LARRY JAMES COWAN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–02903–9, Arthur E. Piehler, J., entered September 11, 1980. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Swanson and Callow, JJ.

[No. 9521–8–I. Division One. March 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE RHODES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–01155–0, Carolyn R. Dimmick, J., entered October 17, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Corbett, JJ.